AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

Jasper Jones          **JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 05-CV-145

v.

Mr. Williams, Superintendent, Willard D.T.C., et al

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this case is dismissed without prejudice.

Date: November 8, 2005          RODNEY C. EARLY,
CLERK

By:    s/Deborah M. Zeeb
Deputy Clerk